UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHVIE HERSKOWITZ, | Case No. 2:24-cv-3666-JDP |
| Plaintiff, | |
| v. | ORDER |
| TOMAS J. ARAGON, *et al.*, | |
| Defendants. | |

Plaintiff commenced this action in December 2024.  After defendants did not appear, and plaintiff had not filed proofs of service demonstrating that defendants were properly served, I ordered plaintiff on April 1, 2026, to show cause for why this action should not be dismissed for failure to effect service of process within the time prescribed by Rule 4(m).  ECF No. 5.  Plaintiff has since filed an amended complaint, ECF No. 6, and a response requesting three weeks from when the Clerk provides him with new summons to serve the amended complaint and summons, ECF No. 7.  The Clerk of Court has issued plaintiff summons for the newly added defendant, Erica Pan, ECF No. 8, and previously issued plaintiff summons for the remaining defendants, ECF No. 3.

For good cause shown in plaintiff's response, ECF No. 7, the court discharges its April 1, 2026 order to show cause, ECF No. 5.  Plaintiff shall file proofs of service within three weeks of this order's issuance.  Failure to do so will result in a recommendation that this action be

1

dismissed for failure to effect service as prescribed by Rule 4(m).

IT IS SO ORDERED.

Dated:    April 24, 2026    _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2