ROB BONTA
Attorney General of California
ANYA M. BINSACCA
Supervising Deputy Attorney General
SHIWON CHOE (SBN 320041)
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-4400
 Fax:  (415) 703-5480
 E-mail:  Shiwon.Choe@doj.ca.gov
*Attorneys for Defendants Erica Pan, David M. Mazzera, James Chan, Damien DaRosa, Zenobia Bradley, and Rob Bonta, in their official capacities*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **AHVIE HERSKOWITZ, M.D.,**<br><br>                                    Plaintiff,<br><br>          **v.**<br><br>**ERICA PAN, M.D., Dr. P.H., in her official capacity as Director of the California Department of Public Health, et al.,**<br><br>                                    Defendants. | Case No. 2:24-cv-03666-JDP<br><br>**STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE** |

Pursuant to Local Rules 143 and 144, Plaintiff Ahvie Herskowitz and Defendants Erica Pan,[1] David M. Mazzera, James Chan,[2] Damien DaRosa, Zenobia Bradley, and Rob Bonta, in their official capacities (collectively, "Parties"), hereby stipulate to and jointly respectfully request that the Court enter the following briefing schedule:

1.    Plaintiff has informed Defendants that Plaintiff intends to file a motion for preliminary injunction ("MPI").  Plaintiff shall file his MPI by June 12, 2026.

2.    The deadline for Defendants to respond to the Amended Complaint is extended to July 17, 2026.  Defendants shall file their answer or motion to dismiss ("MTD"), and their opposition to Plaintiff's MPI, by July 17, 2026.

3.    Plaintiff shall file his reply in support of his MPI, and his opposition to Defendants' MTD (if applicable), by August 21, 2026.

4.    Defendants shall file their reply in support of their MTD (if applicable) by September 25, 2026.

5.    The Parties do not waive and instead expressly reserve all rights, claims, and defenses.

6.    Pursuant to Local Rule 144(b), the Parties state that no prior extensions have been obtained as to the particular matter for which this extension is sought.

7.    The Parties stipulate to these dates without prejudice to any Party's right to seek further extensions and, subject to the Court's approval, the Parties may further stipulate to revising these dates in the future.

---

[1] The Amended Complaint (¶ 6) mentions Tomás Aragón, the former Director of California Department of Public Health ("CDPH"), although it does not include Dr. Aragón in the case caption.  Dr. Aragón has retired from CDPH and has been succeeded by Dr. Pan.  Pursuant to Federal Rule of Civil Procedure 25(d), Dr. Pan is automatically substituted for Dr. Aragón as a party in this case.

[2] The Amended Complaint names Benson Yee in his official capacity as Chief of the Food and Drug Branch of CDPH.  Mr. Yee has retired from CDPH and has been succeeded by James Chan.  Pursuant to Federal Rule of Civil Procedure 25(d), Mr. Chan is automatically substituted for Mr. Yee as a party in this case.

1

Dated:  May 20, 2026

Respectfully submitted,

MICHAEL MACHAT
Machat & Associates, P.C.
JACQUES G. SIMON
The Law Offices of Jacques G. Simon

_s/Michael Machat (as authorized on 5/20/2026)_
MICHAEL MACHAT
*Attorneys for Plaintiff Ahvie Herskowitz*


ROB BONTA
Attorney General of California
ANYA M. BINSACCA
Supervising Deputy Attorney General

_s/Shiwon Choe_
SHIWON CHOE
Deputy Attorney General
*Attorneys for Defendants Erica Pan, David M. Mazzera, James Chan, Damien DaRosa, Zenobia Bradley, and Rob Bonta, in their official capacities*


## ~~[PROPOSED]~~ ORDER

Pursuant to the Parties' stipulation, it is SO ORDERED.


IT IS SO ORDERED.


Dated:     June 9, 2026          _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2